IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NOS. 2:10-CR-198-WKW |
| | ) | 3:11-CR-9-WKW |
| VALERIE FAYE LONG | ) | [WO] |

## **MEMORANDUM OPINION AND ORDER**

Defendant Valerie Faye Long previously filed motions to reconsider her sentence in each of these related cases. (No. 10-cr-198, Doc. # 134; No. 11-cr-9, Doc. # 108.) Ms. Long asked the court to modify her sentence to allow her to attend the Lovelady Center residential rehabilitation facility. Those motions were denied because the court does not have authority to modify Ms. Long's sentence. (No. 10-cr-198, Doc. # 140; No. 11-cr-9, Doc. # 114.)

Just before the court's order of denial was entered, Ms. Long filed new motions in her two cases, asking again to be released to the Lovelady Center and making a new request that her sentences in the two cases run concurrently instead of consecutively. (No. 10-cr-198, Doc. # 139; No. 11-cr-9, Doc. # 113.) The same conclusion applies to these new motions. The court cannot, and will not, modify Ms. Long's sentence, for the reasons described in its earlier order (No. 10-cr-198, Doc. # 140; No. 11-cr-9, Doc. # 114). These new motions will therefore also be denied.

It is therefore ORDERED that Defendant's motions to have her sentences run concurrently (No. 10-cr-198, Doc. # 139; No. 11-cr-9, Doc. # 113) are DENIED.

DONE this 13th day of March, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE